IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

FILED
OCT 3 2001
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| DE'ANDRA G. NEAL, | ) |
| Plaintiff, | ) |
| vs. | ) CV-98-PT-3053-M |
| WARDEN RON JONES, ET AL., | ) |
| Defendants. | ) |

ENTERED
OCT 3 2001

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on September 13, 2001, recommending that the motion for summary judgment filed by defendants Garrett, Pickett, Cornelison, Mostella, Threatt, Dotson and Williams be granted and that this action against defendants Garrett, Pickett, Cornelison, Mostella, Threatt, Dotson and Williams be dismissed with prejudice. It was further recommended that this action as against defendants Fletcher, Jones and Files be dismissed without prejudice for want of prosecution. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that defendants Garrett, Pickett, Cornelison, Mostella, Threatt, Dotson and Williams are entitled to judgment as a matter of law. Accordingly, defendants Garrett, Pickett, Cornelison, Mostella, Threatt, Dotson and Williams' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED

WITH PREJUDICE as against defendants Garrett, Pickett, Cornelison, Mostella, Threatt, Dotson and Williams. The action is due to be DISMISSED WITHOUT PREJUDICE as against defendants Fletcher, Jones and Files for want of prosecution. A Final Judgment will be entered.

DONE this the 3rd day of October, 2001.

ROBERT B. PROPST
UNITED STATES DISTRICT JUDGE